RECEIVED
NOV - 5 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
Northern District of California

MICHAEL TERRELL

CASE NO. C07-05236 BZ

Plaintiff(s),

v.

NATIONAL RAILROAD PASSENGER CORPORATION

Defendant(s).

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Michael H. Hennen                       , an active member in good standing of the bar of

Texas   (See attached list)             whose business address and telephone number

(particular court to which applicant is admitted)

is

Provost Umphrey, L.L.P.
1560 W. Bay Area Blvd, Suite 355
Friendswood, TX 77546   Telephone: 281-461-9735                    ,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff Michael Terrell.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated:  November 7, 2007

_____
United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California