B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone:   (510) 433-2600
Facsimile:   (510) 433-2699

Attorneys for Defendant
NATIONAL RAILROAD
PASSENGER CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TERRELL,<br><br>  Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>  Defendant. | Case No. 3:07-cv-05236 BZ<br><br>**DEFENDANT NATIONAL RAILROAD PASSENGER CORP.'S ANSWER TO PLAINTIFF'S UNVERIFIED COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Action Filed: October 12, 2007 |

Defendant National Railroad Passenger Corporation dba Amtrak hereby responds to the complaint of Plaintiff Michael Terrell as follows:

1. Defendant is without knowledge or information sufficient to form a belief as to the residency and citizenship of Plaintiff and on that basis denies the allegations of paragraph 1. Defendant admits that Plaintiff was its employee.

2. Defendant admits the allegations of paragraphs 2, 3, 4 and 5.

3. Answering the allegations of paragraph 6, Defendant denies it was negligent. Defendant is without knowledge or information sufficient to form a belief as to whether Plaintiff was injured on October 18, 2004 and January 12, 2005 while working for Defendant, but admits Plaintiff claimed injuries while engaged in tasks alleged in the Complaint.

4. Defendant admits the allegations of paragraph 7.

5. Defendant denies the allegations of paragraph 8 and 9.

6. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraphs 10, 11, 12, 13, 14 and 15 and on that basis denies these allegations, except that Defendant admits the allegations in paragraph 12 that Plaintiff was employed by Defendant on October 18, 2004 and January 12, 2005.

7. As to the allegations contained in the prayer for relief, Defendant denies that Plaintiff is entitled to any recovery as outlined in a-d.

## AFFIRMATIVE DEFENSES

1. As a first affirmative defense to each cause of action in the Complaint, Defendant alleges that Plaintiff's injuries were proximately caused and contributed to, in whole or in part, by his acts or omissions. Accordingly, Plaintiff's recovery from Defendant, if any, should be reduced in proportion to the percentage of Plaintiff's negligence, legal responsibility, or proportion of fault.

2. As a second affirmative defense to each cause of action in the Complaint, Defendant alleges that the Complaint fails to state facts sufficient to constitute a claim for relief against Defendant.

3. As a third affirmative defense to each cause of action in the Complaint, Defendant alleges that Plaintiff failed to exercise reasonable care and diligence to mitigate damages.

4. As a fourth affirmative defense to each cause of action in the Complaint, Defendant alleges that it is entitled to a credit or right of set-off for supplemental sickness benefits paid on behalf of Plaintiff arising from his alleged injuries.

5. As a fifth affirmative defense to the Complaint, Defendant alleges that Plaintiff's injuries, if any, were proximately caused and contributed to, in whole or in part, by an intervening or superseding cause. The damages, if any, recoverable by Plaintiff herein must be diminished in proportion to the fault attributable to said intervening or superseding cause.

6. As a sixth affirmative defense to the Complaint, Defendant alleges that some or all of Plaintiff's claims are preempted by federal law.

7. Defendant hereby gives notice that it intends to rely upon such other and further defenses as may become available or apparent during discovery in this case, and hereby reserves

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

1  the right to amend its answer to assert any such defense; and

2  THEREFORE, Defendant prays for judgment as follows:

3  1.  In favor of Defendant National Railroad Passenger Corporation dba Amtrak and
4  on all causes of action in the Complaint:

5  2.  For Defendant's costs of suit incurred herein;

6  3.  For reasonable attorneys' fees; and

7  4.  For such other relief as should be granted.

## DEMAND FOR JURY TRIAL

Defendant demands trial by jury of all issues herein.

DATED: November 19, 2007        LOMBARDI, LOPER & CONANT, LLP


By:  /s/ B. Clyde Hutchinson
     ──────────────────────────
     B. CLYDE HUTCHINSON
     Attorneys for Plaintiff
     NATIONAL RAILROAD
     PASSENGER CORPORATION

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

13249-37353 LSM 545738.1                3                Case No. 3:07-cv-05236 BZ

DEFENDANT NRPC'S ANSWER TO PLAINTIFF'S UNVERIFIED COMPLAINT