B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
LIZA SIU MENDOZA, State Bar No. 242493
lsiumendoza@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone:   (510) 433-2600
Facsimile:   (510) 433-2699

Attorneys for Defendant
NATIONAL RAILROAD
PASSENGER CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MICHAEL TERRELL, | Case No. 3:07-cv-05236 BZ |
|---|---|
| Plaintiff, | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| v. | Action Filed October 12, 2007 |
| NATIONAL RAILROAD PASSENGER CORPORATION, | |
| Defendant. | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATED: November 27, 2007          LOMBARDI, LOPER & CONANT, LLP

                                  By: _____/s/ B. Clyde Hutchinson_____
                                      B. CLYDE HUTCHINSON
                                      Attorneys for Plaintiff
                                      NATIONAL RAILROAD
                                      PASSENGER CORPORATION

13249-37353 LSM 546003.1                1                    Case No. 3:07-cv-05236 BZ