1  B. CLYDE HUTCHINSON, State Bar No. 037526
   bch@llcllp.com
2  LIZA SIU MENDOZA, State Bar No. 242493
   lsiumendoza@llcllp.com
3  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
4  1999 Harrison Street, Suite 2600
   Oakland, CA 94612-3541
5  Telephone:    (510) 433-2600
   Facsimile:    (510) 433-2699
6
   Attorneys for Defendant
7  NATIONAL RAILROAD
   PASSENGER CORPORATION
8

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11

12  MICHAEL TERRELL,                    Case No.  3:07-cv-05236 BZ

13              Plaintiff,              **CERTIFICATE OF SERVICE**

14  v.                                  Action Filed October 12, 2007

15  NATIONAL RAILROAD PASSENGER
    CORPORATION,
16
                Defendant.
17

18      I, Noelle Duncan, do hereby declare:

19      I am a citizen of the United States, over 18 years of age and not a party to the within

20  action.  I am employed in the County of Alameda; my business address is 1999 Harrison Street,

21  Suite 2600, Oakland, CA 94612.

22      On November 27, 2007, I served the within:

23      • **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE
          JUDGE**
24

25  on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as

26  follows:

27  ///

28  ///

13249-37353 LSM 545740.1                 1                    Case No.  3:07-cv-05236 BZ

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

Michael H. Hennen                          Tel: (281) 461-9735
Provost Umphrey, L.L.P.                     Fax:
1560 W. Bay Area Blvd., Ste. 355            *Attorneys for Plaintiff*
Friendswood, TX 77546                       *MICHAEL TERRELL*

☐    **By United States Mail:**  I enclosed the document in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope/package for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing documents for mailing. On the same day that the document is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing an affidavit.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Oakland, California.

☐    **By Fax Transmission:**  Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed above. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

☒    **By Overnight Delivery:**  I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed above. I place the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐    **By Personal Service:**  I personally delivered the documents to the persons at the addresses listed above. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with the receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

☐    **By Messenger Service:**  I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed above and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service.)*

☐    **By E-Mail or Electronic Transmission:**  Based on a court order or an agreement of the parties to accept service by email or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 27, 2007, at Oakland, California.

/s/ Noelle Duncan
NOELLE DUNCAN

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541