1  B. CLYDE HUTCHINSON, State Bar No. 037526
   bch@llcllp.com
2  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
3  1999 Harrison Street, Suite 2600
   Oakland, CA 94612-3541
4  Telephone:   (510) 433-2600
   Facsimile:   (510) 433-2699
5
   Attorneys for Defendant
6  NATIONAL RAILROAD
   PASSENGER CORPORATION
7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  MICHAEL TERRELL,                 Case No. 3:07-cv-05236 BZ

12          Plaintiff,                **DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES**

13  v.                               Action Filed: October 12, 2007

14  NATIONAL RAILROAD PASSENGER
    CORPORATION,
15
            Defendant.
16

17      Defendant National Railroad Passenger Corporation ("Amtrak") herby submits this

18  Certification of Interested Entities. Pursuant to Civil Local Rule 3-16, the undersigned certifies

19  that as of this date, other than the named parties, there is no such interest to report.

20  DATED: December 3, 2007           LOMBARDI, LOPER & CONANT, LLP

21

22                                   By:_____/s/ B. Clyde Hutchinson_____
                                          B. CLYDE HUTCHINSON
23                                        Attorneys for Plaintiff
                                          NATIONAL RAILROAD
24                                        PASSENGER CORPORATION

25

26

27

28