# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

**RICHARD W. WIEKING**
Clerk of the Court

(415) 522-2015

January 11, 2008
AMENDED

To:  Lyle C. Cavin, Jr.
     Law Offices of Lyle C. Cavin Jr.
     201 Fourth Street, Suite 102
     Oakland, CA 94607

     Michael H. Hennen
     Provost Umphrey, LLP
     1560 W. Bay Area Blvd., Suite 355
     Friendswood, TX 77546

     Re: Michael Terrell v. National Railroad Passenger Corp. - C07-5236 BZ

Dear Counsel:

    At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for March 3, 2008 at 4:00 p.m.  To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636©, each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

    At **www.cand.uscourts.gov**  you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form within ten days.

        Sincerely,

        Richard W. Wieking, Clerk
        United States District Court

        /s/ Lashanda Scott
    By:   Lashanda Scott
        Courtroom Deputy

N:\FORMS\CONSENTEFILE.LTR.wpd