UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Michael Terrell

          Plaintiff(s),

Case No. C07-05236BZ

ADR CERTIFICATION BY PARTIES
AND COUNSEL

    v.

National Railroad Passenger Corporation

          Defendant(s).
_____/

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 1/16/2008

/s/ Leo Caniezo
[Party]

Dated: 2/5/2008

/s/ Liza Siu Mendoza
[Counsel]