B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
LIZA SIU MENDOZA, State Bar No. 242493
lsiumendoza@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:     (510) 433-2600
Facsimile:      (510) 433-2699

Attorneys for Defendant
NATIONAL RAILROAD PASSENGER
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL TERRELL,<br><br>            Plaintiff,<br><br>     v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>            Defendant. | Case No. 3:07-cv-05236 BZ<br><br>**JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER** |

Plaintiff Michael Terrell and Defendant National Railroad Passenger Corporation ("Amtrak") jointly submit this Case Management Statement.

**1.     Jurisdiction and Service:** This Court has original jurisdiction over the claim against Defendant Amtrak under 28 U.S.C. § 1331 (federal question jurisdiction) because Amtrak was incorporated by an Act of Congress (45 U.S.C. § 501, et seq.), and the United States of America owns more than 50% of Amtrak's capital stock (28 U.S.C. § 1349).  In re Rail Collision Near Chase, Maryland, 680 F. Supp. 728, 731 (D. Md. 1987).  This court also has jurisdiction over this claim under 45 U.S.C. § 56 because it arises under the F.E.L.A.

**2.     Facts:** Plaintiff alleges that he hurt his lower back on two occasions while employed by Amtrak.  On October 18, 2004, near the San Clara station in Santa Clara, California, Milepost

45.3, Plaintiff was lifting and removing a portable derail weighing 35 lbs when he claims that he hurt his lower back. On January 12, 2005, near the Broadway station in Burlingame, California, Milepost 15.3, Plaintiff was replacing ties by pushing the tie plate under the rail, when he felt pain in his lower back. Plaintiff was 47 years old at the time of the 2005 incident.

3. **Legal Issues:** Liability, causation and damages are all disputed. In addition, there are issues of comparative negligence.

4. **Motions:** There are no motions anticipated at this time.

5. **Amendment of Pleadings:** There are no amendments anticipated at this time.

6. **Evidence Preservation:** Existing relevant documents are on file with Amtrak's Claims Department.

7. **Disclosures:** Amtrak's Initial Disclosures will be served concurrently with this Joint Case Management Statement.

8. **Discovery:** If the matter is not resolved through ADR, the parties will engage in written discovery and depositions of witnesses.

9. **Class Actions:** This is not a class action suit.

10. **Related Cases:** There are no related cases.

11. **Relief:** Plaintiff seeks compensation in excess of $700,000 for the injuries sustained.

12. **Settlement and ADR:** The parties have agreed to private mediation.

13. **Consent to Magistrate Judge For All Purposes:** Defendant has consented to proceed before a Unites States Magistrate Judge.

14. **Other References:** This case is not suitable for other references (binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation)

15. **Narrowing of Issues:** The parties will work together to expedite the presentation of evidence including preparing stipulated facts, summaries, etc.

16. **Expedited Schedule:** Medical records are extensive and will take significant time to gather and evaluate by experts. Therefore, this case is not appropriate for an expedited schedule.

///

///

**17.** **Scheduling:**

| | |
|---|---|
| Non-Expert Discovery Cut Off: | 9/30/08 |
| Expert Disclosure: | 11/14/08 |
| Supplemental Expert Disclosure: | 12/1/08 |
| Expert Discovery Cut Off: | 12/15/08 |
| Hearing of Dispositive Motions: | 2/2/09 |
| Pre-Trial Conference: | 2/27/09 |
| Trial: | 3/30/09 |

**18.** **Trial:** The parties have requested a jury trial. The expected length of trial is 4 days.

**19.** **Disclosure of non-party Interested Entities or Persons:** Defendant has filed its Certification on Interested Entities. Pursuant to Civil Local rule 3-16, Defendant certifies that as of this date, other than the named parties, there is no such interest to report.

**20.** **Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter.**

None.

Dated: February 25, 2008

PROVOST UMPHREY, LLP

By: /s/ Michael H. Hennen
    Michael H. Hennen
    Attorneys for Plaintiff Michael Terrell

Dated: February 25, 2008

LOMBARDI, LOPER & CONANT, LLP

By: /s/ Liza Siu Mendoza
    Liza Siu Mendoza
    Attorneys for Defendant
    National Railroad Passenger Corporation

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

**CASE MANAGEMENT ORDER**

The Case Management Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case and the parties are order to comply with this Order. In addition the Court orders:

> *[The Court may wish to make additional orders, such as:*
> *a. Referral of the parties to court or private ADR process;*
> *b. Schedule a further Case Management Conference;*
> *c. Schedule the time and content of supplemental disclosures;*
> *d. Specially set motions;*
> *e. Impose limitations on disclosure or discovery;*
> *f. Set time for disclosure of identity, background and opinions of experts;*
> *g. Set deadlines for completing fact and expert discovery;*
> *h. Set time for parties to meet and confer regarding pretrial submissions;*
> *i. Set deadline for hearing motions directed to the merits of the case;*
> *j. Set deadline for submission of pretrial material;*
> *k. Set date and time for pretrial conference;*
> *l. Set a date and time for trial.]*

Dated: _____     _____
                                 UNITED STATES DISTRICT/MAGISTRATE JUDGE

**LOMBARDI, LOPER & CONANT, LLP**
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541