**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

Magistrate Judge **BERNARD ZIMMERMAN**

Date: **03/03/2008**

**C07-5236 BZ**

**Michael Terrell v. National Railroad Passenger Corporation**

Attorneys: Pltf: Michael H. Hennen
            Def: B. Clyde Hutchinson and Liza Siu Mendoza

Time: 4:00 p.m.

Deputy Clerk: **LASHANDA SCOTT**          Reporter: **Counsel requested that the conference occur off the record.**

**PROCEEDINGS:**                              **RULING:**

1. Case Management Conference                 Matter Held
2. _____        _____

( ) Status Conference    ( ) P/T Conference    ( ) Case Management Conference

**ORDERED AFTER HEARING:**
Jury trial set for March 23, 2009 at 8:30 a.m. Counsel will participate in private mediation. Session to occur within 120 days. Plaintiff's counsel consent to magistrate judge jurisdiction.

( XX ) ORDER TO BE PREPARED BY:   Plntf ____  Deft ____  Court  XX

( ) Referred to Magistrate For:

( ) CASE CONTINUED TO _____   for _____

Discovery Cut-Off_____   Expert Discovery Cut-Off_____

Plntf to Name Experts by _____   Deft to Name Experts by _____

P/T Conference Date_____   Trial Date_____   Set for _____ days
                          Type of Trial: ( )Jury    ( )Court
Notes: _____