UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL TERRELL

    Plaintiff                                      Case No. 307CV05236BZ

v.

NATIONAL RAILROAD PASSENGER CORPORATION

                                      **UNITED STATES DISTRICT COURT**
                                      **NORTHERN DISTRICT OF CALIFORNIA**

## NOTICE OF CHANGE OF ADDRESS

TO THE HONORABLE COURT:

    Plaintiff's attorney, Michael H. Hennen, files this Notice of Change of Address. Effectively immediately, the new address, telephone number and facsimile number for Michael H. Hennen are as follows:

Michael H. Hennen
PROVOST ★UMPHREY
490 PARK STREET
BEAUMONT, TEXAS 77701
(409) 835-6000 – PHONE
(409) 813-8633 – FACSIMILE

                PROVOST★UMPHREY, L.L.P.


                /s/ Michael H. Hennen
                MICHAEL H. HENNEN
                TEXAS BAR NO. 00788964
                490 PARK STREET
                Beaumont, Texas 77704
                (409) 835-6000 – Telephone
                (409) 813-8633 – Facsimile

                ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of March, 2008, a true and correct copy of the foregoing was served upon opposing counsel and other parties in interest by electronic means or first class mail, postage prepaid.

/s/ Michael H. Hennen
MICHAEL H. HENNEN