

1  B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
2  LIZA SIU MENDOZA, State Bar No. 242493
lsiumendoza@llcllp.com
3  LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
4  1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
5  Telephone:   (510) 433-2600
Facsimile:   (510) 433-2699

6

7  Attorneys for Defendant
NATIONAL RAILROAD
PASSENGER CORPORATION

8

9           UNITED STATES DISTRICT COURT

10        NORTHERN DISTRICT OF CALIFORNIA

11

12  MICHAEL TERRELL,           Case No.  3:07-cv-05236 BZ

13         Plaintiff,      **STIPULATION TO CONTINUE
MEDIATION DATE AND [PROPOSED]**
14  v.                    **ORDER**

15  NATIONAL RAILROAD PASSENGER   Action Filed: October 12, 2007
CORPORATION,
16
        Defendant.
17

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

*(left margin)* LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541

## STIPULATION

The parties hereby stipulate to continue the deadline for private mediation before Ralph Bastian for 60 days. The current deadline to conduct mediation is July 2, 2008. The stipulated new deadline to conduct mediation is September 2, 2008.

DATED: June 30, 2008                    PROVOST UMPHREY


By:_____/s/ Michael H. Hennen_____
MICHAEL H. HENNEN
Attorneys for Plaintiff
MICHAEL TERRELL


DATED: June 30, 2008                    LOMBARDI, LOPER & CONANT, LLP


By:_____/s/ Lisa Siu Mendoza_____
LIZA SIU MENDOZA
Attorneys for Defendant
NATIONAL RAILROAD
PASSENGER CORPORATION

IT IS HEREBY ORDERED:

1. The current mediation deadline is continued 60 days to September 2, 2008.

2. All other dates, including, but not limited to, discovery cut-off dates, pre-trial conference and trial dates do not change.

Dated: _____, 2008


By: _____
UNITED STATES MAGISTRATE JUDGE

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

STIPULATION TO CONTINUE MEDIATION DATE