1  B. CLYDE HUTCHINSON, State Bar No. 037526
   bch@llcllp.com
2  LIZA SIU MENDOZA, State Bar No. 242493
   lsiumendoza@llcllp.com
3  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
4  1999 Harrison Street, Suite 2600
   Oakland, CA 94612-3541
5  Telephone:   (510) 433-2600
   Facsimile:   (510) 433-2699
6
   Attorneys for Defendant
7  NATIONAL RAILROAD
   PASSENGER CORPORATION
8

9  UNITED STATES DISTRICT COURT

10  NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  MICHAEL TERRELL, | Case No.  3:07-cv-05236 BZ |
| 13              Plaintiff, | **STIPULATION TO CONTINUE MEDIATION DATE AND [PROPOSED] ORDER** |
| 14  v. | |
| 15  NATIONAL RAILROAD PASSENGER CORPORATION, | Action Filed: October 12, 2007 |
| 16              Defendant. | |

18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

13249-37353 LSM 555082.1      1      Case No. 3:07-cv-05236 BZ

STIPULATION TO CONTINUE MEDIATION DATE

**STIPULATION**

The parties hereby stipulate to continue the deadline for private mediation before Ralph Bastian for 60 days. The current deadline to conduct mediation is July 2, 2008. The stipulated new deadline to conduct mediation is September 2, 2008.

DATED: June 30, 2008                                    PROVOST UMPHREY

By:  /s/ Michael H. Hennen
MICHAEL H. HENNEN
Attorneys for Plaintiff
MICHAEL TERRELL

DATED: June 30, 2008                                    LOMBARDI, LOPER & CONANT, LLP

By:  /s/ Lisa Siu Mendoza
LIZA SIU MENDOZA
Attorneys for Defendant
NATIONAL RAILROAD
PASSENGER CORPORATION

IT IS HEREBY ORDERED:

1. The current mediation deadline is continued 60 days to September 2, 2008.

2. All other dates, including, but not limited to, discovery cut-off dates, pre-trial conference and trial dates do not change.

Dated: June 30, 2008

By:  [signature]
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED — Judge Bernard Zimmerman — UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

13249-37353 LSM 555082          2          Case No. 3:07-cv-05236 BZ

STIPULATION TO CONTINUE MEDIATION DATE