Lyle C. Cavin, Jr.
201 4th St., Suite 102
Oakland, CA 94607
Phone: 510-444-2501
Fax: 510-444-4209

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL TERRELL,<br>    Plaintiff, | §<br>§<br>§ | |
| vs. | § | Case No. 3:07-cv-05236 BZ |
| | § | |
| NATIONAL RAILROAD PASSENGER<br>CORPORATION, | §<br>§ | **NOTICE OF TAKING<br>DEPOSITION OF WITNESSES** |
| | § | |
|     Defendant. | § | |

TO ALL DEFENDANTS, WITNESSES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Michael Terrell, by and through his attorneys, Lyle C. Cavin, Jr. and Michael H. Hennen, will take the depositions of Samuel Marquez on July 23, 2008, commencing at 2:00 p.m., Anthony Arratis on July 23, 2008, commencing at 3:00 p.m., Eddy Joseph on July 23, 2008, commencing at 4:00 p.m., Allan Osgood on July 24, 2008, commencing at 9:00 a.m., Jacob Ghazali on July 24, 2008, commencing at 10:00 a.m., Lupe Monarez on July 24, 2008, commencing at 1:00 p.m., Michael Albanese on July 24, 2008, commencing at 3:00 p.m., and Derek Brown on July 24, 2008, commencing at 4:00 p.m., at Lombardi, Loper & Conant, LLP, Lake Merritt Plaza, 1999 Harrison Street, Suite 2600, Oakland, California 94612-3541, Telephone: (510) 433-2600.

PLEASE TAKE FURTHER NOTICE that the depositions will take place upon oral examination before a certified shorthand reporter authorized to administer oaths and

will continue from day to day, Saturdays, Sundays, and holidays excepted, until completed and adjourned.

DATED: July 15, 2008                    PROVOST UMPHREY LAW FIRM, LLP


By: /s/ Michael H. Hennen
    Michael H. Hennen
    Texas Bar No. 00788964
    490 Park Street
    Beaumont, Texas 77701
    (409)835-6000 – Telephone
    (409)813-8615 – Facsimile


    Lyle C. Cavin, Jr.
    201 4th St., Suite 102
    Oakland, CA 94607
    Phone: 510-444-2501
    Fax: 510-444-4209


    ATTORNEYS FOR PLAINTIFF,
    MICHAEL TERRELL

## CERTIFICATE OF SERVICE
### Michael Terrell vs. National Railroad Passenger Corporation

United States District Court, Northern District, San Francisco Case no. 3:07-cv-05236 BZ

I, Michael H. Hennen, do hereby declare:

I am a citizen of the United States, over 18 years of age and not a party to the within action.  I am employed with the law firm of Provost Umphrey Law Firm, LLP in the State of Texas; my business address is 490 Park Street, Beaumont, Texas 77701.

On July 15, 2008, I served the within:

### NOTICE OF TAKING DEPOSITION OF WITNESSES

on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as follows:

| | |
|---|---|
| B. Clyde Hutchinson<br>Lombardi, Loper & Conant, LLP<br>Lake Merritt Plaza<br>1999 Harrison Street, Suite 2600<br>Oakland, CA 94612-3541 | Tel:  (510)433-2600<br>Fax:  (510)433-2699<br>*Attorneys for Defendant*<br>*NATIONAL RAILROAD PASSENGER*<br>*CORPORATION* |
| Liza Siu Mendoza<br>Lombardi, Loper & Conant, LLP<br>Lake Merritt Plaza<br>1999 Harrison Street, Suite 2600<br>Oakland, CA 94612-3541 | Tel:  (510)433-2600<br>Fax:  (510)433-2699<br>*Attorneys for Defendant*<br>*NATIONAL RAILROAD PASSENGER*<br>*CORPORATION* |

Samuel Marquez, Anthony Arratis, Eddy Joseph, Allan Osgood, Jacob Ghazali, Lupe Monarez, Michael Albanese, and Derek Brown, by serving B. Clyde Hutchinson and Liza Siu Mendoza, Attorneys for Defendant, National Railroad Passenger Corporation at the address listed above.

☐  **By United States Mail:** I enclosed the document in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope/package for collection and mailing following our ordinary business practices.  I am readily familiar with this business's practice for collecting and processing documents for mailing.  On the same day that the document is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.  I am aware that on motion of the party served, service is presumed invalid if postal

3

cancellation date or postage meter date is more than one day after the date of deposit for mailing an affidavit.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Beaumont, Texas.

☒**By Fax Transmission:** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed above. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

☐ **By Overnight Delivery:** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed above. I place the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ **By Personal Service:** I personally delivered the documents to the persons at the addresses listed above. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with the receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

☐ **By Messenger Service:** I served the documents at by placing them in an envelope or package addressed to the persons at the addresses listed above and providing them to a professional messenger service for service. (*A declaration by the messenger must accompany this Proof of Service.*)

☒**By E-Mail or Electronic Transmission:** Based on a court order or an agreement of the parties to accept service by email or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 15, 2008, at Beaumont, Texas.

                                                       /s/ Michael H. Hennen
                                                       Michael H. Hennen