B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
LIZA SIU MENDOZA, State Bar No. 242493
lsiumendoza@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:     (510) 433-2600
Facsimile:      (510) 433-2699

Attorneys for Defendant
NATIONAL RAILROAD
PASSENGER CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL TERRELL,

          Plaintiff,

v.

NATIONAL RAILROAD PASSENGER
CORPORATION,

          Defendant.

Case No.  3:07-cv-05236 BZ

**DEFENDANT NATIONAL RAILROAD
PASSENGER CORPORATION'S
CERTIFICATION THAT ALL
SUPPLEMENTATION TO DISCLOSURES
HAVE BEEN COMPLETED**

Action Filed: October 12, 2007

     Pursuant to the Court's Order dated March 4, 2008, Defendant National Railroad Passenger Corporation ("Amtrak") certifies that there is no supplementation to disclosures at this time.  Amtrak is in the process of scheduling an independent medical exam of plaintiff and will disclose the identity of the independent medical examiner once it is determined.

DATED: September 2, 2008         LOMBARDI, LOPER & CONANT, LLP

By:_____/s/ Liza Siu Mendoza_____
LIZA SIU MENDOZA
Attorneys for Defendant
NATIONAL RAILROAD
PASSENGER CORPORATION

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

1

**CERTIFICATE OF SERVICE**
*Michael Terrell v. National Railroad Passenger Corporation*

2    United States District Court, Northern District, San Francisco Case no. 3:07-cv-05236 BZ

3    I, Noelle Duncan, do hereby declare:

4    I am a citizen of the United States, over 18 years of age and not a party to the within

5    action. I am employed in the County of Alameda; my business address is 1999 Harrison Street,

6    Suite 2600, Oakland, CA 94612.

7    On September 2, 2008, I served the within:

8    **DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION'S**
**CERTIFICATION THAT ALL SUPPLEMENTATION TO DISCLOSURES HAVE BEEN**

9    **COMPLETED**

10    on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as

11    follows:

12    Lyle C. Cavin, Jr.                                Tel: (510) 444-2501
      Law Offices of Lyle C. Cavin, Jr.               Fax: (510) 444-4209

13    201 Fourth Street, Ste. 102                     *Attorneys for Plaintiff*
      Oakland, CA 94607                               *MICHAEL TERRELL*

14

15    Michael H. Hennen                               Tel: (800) 289-0101
      Provost Umphrey, L.L.P.                         Fax: (409) 838-8888
      490 Park Street                                 *Attorneys for Plaintiff*

16    Beaumont, TX 77701                              *MICHAEL TERRELL*

17    ☒    By United States Mail: I enclosed the document in a sealed envelope or package addressed to the
           persons at the addresses listed above and placed the envelope/package for collection and mailing, following

18         our ordinary business practices. I am readily familiar with this business's practice for collecting and
           processing documents for mailing. On the same day that the document is placed for collection and mailing,

19         it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope
           with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if

20         postal cancellation date or postage meter date is more than one day after the date of deposit for mailing an
           affidavit.

21

22         I am a resident or employed in the county where the mailing occurred. The envelope or package was placed
           in the mail at Oakland, California.

23    ☐    By Fax Transmission: Based on an agreement of the parties to accept service by fax transmission,
           I faxed the documents to the persons at the fax numbers listed above. No error was reported by the fax

24         machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

25    ☐    By Overnight Delivery: I enclosed the documents in an envelope or package provided by an
           overnight delivery carrier and addressed to the persons at the addresses listed above. I place the envelope or

26         package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight
           delivery carrier.

27

28    ☐    By Personal Service: I personally delivered the documents to the persons at the addresses listed
           above. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's

office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with the receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

☐ **By Messenger Service:** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed above and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service.)*

☐ **By E-Mail or Electronic Transmission:** Based on a court order or an agreement of the parties to accept service by email or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 2, 2008, at Oakland, California.

/s/ Noelle Duncan
Noelle Duncan

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541