1  B. CLYDE HUTCHINSON, State Bar No. 037526
   bch@llcllp.com
2  LIZA SIU MENDOZA, State Bar No. 242493
   lsiumendoza@llcllp.com
3  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
4  1999 Harrison Street, Suite 2600
   Oakland, CA 94612-3541
5  Telephone:     (510) 433-2600
   Facsimile:     (510) 433-2699
6
   Attorneys for Defendant
7  NATIONAL RAILROAD
   PASSENGER CORPORATION
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

12  MICHAEL TERRELL,                    Case No. 3:07-cv-05236 BZ

13              Plaintiff,              **STIPULATION AND ORDER OF
                                        DISMISSAL**
14  v.
                                        Action Filed: October 12, 2007
15  NATIONAL RAILROAD PASSENGER
    CORPORATION,
16
                Defendant.
17

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

13249-37353 LSM 564093.1                1                Case No. 3:07-cv-05236 BZ

SITPULATION AND ORDER OF DISMISSAL

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

1      IT IS HEREBY STIPULATED by and between plaintiff MICHAEL TERRELL and

2  defendant NATIONAL RAILROAD PASSENGER COMPANY, through their designated

3  counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to

4  Federal Rules of Civil Procedure, rule 41(a)(1). Each party agrees to bear their own costs.

5  DATED: December _17_, 2008          PROVOST UMPHREY, LLP

6

7                               By: _Michael H. Hennen_

8                                    MICHAEL HENNEN
                                  Attorneys for Plaintiff

9                                    MICHAEL TERRELL

10

11  DATED: December _17_, 2008          LOMBARDI, LOPER & CONANT, LLP

12

13                               By: _Liza Siumendoza_

14                                    LIZA SIU MENDOZA
                                  Attorneys for Defendant

15                                    NATIONAL RAILROAD
                                  PASSENGER CORPORATION

16  IT IS SO ORDERED:

17  DATED: _December 23_ _____, 2008

18                               _Bernard Zimmerman_

19                           HONORABLE BERNARD ZIMMERMAN
                       UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28